UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00060-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUDO THOMPSON,

Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     A Supervised Release Violation Hearing is set for **Wednesday, March 20, 2013, at 2:00 p.m.**

     Dated: February 21, 2013